UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CATHOLIC BENEFITS ASSOCIATION, DIOCESE OF FARGO, and CATHOLIC CHARITIES NORTH DAKOTA,<br><br>                           Plaintiffs,<br>    v.<br><br>SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JENNY R. YANG, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMEWNT OPPORTUNITY COMMISSION,<br><br>                           Defendants. | Case No. 3:16-cv-00432<br><br>DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |

      The United States Department of Justice, Civil Division, Federal Programs Branch, on behalf of all defendants (collectively the "United States"), submits the attached Letter from Sheila Lieber, United States Department of Justice, Civil Division, Federal Programs Branch, to the Honorable Judge Ralph R. Erickson, dated December 29, 2016 ("Attachment 1"), in response to Plaintiffs' Emergency Motion for Temporary Restraining Order, filed as Document 3.

      As indicated in Attachment 1, the United States respectfully requests the Court allow the United States to incorporate by reference its arguments in Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, previously filed as Document 10 in <u>The Religious Sisters of Mercy, et al. v. Burwell, et al.</u>, U.S. District Court, District of North Dakota Case No. 3:16-cv-00386, which is currently pending before this Court.

Dated this 29th day of December, 2016.

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General

                JENNIFER D. RICKETTS
                Director, Federal Programs Branch

                SHEILA M. LIEBER
                Deputy Director, Federal Programs Branch
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave. NW
                Washington, DC  20530
                Counsel for Defendants

By:    /s/ *James Patrick Thomas*
           JAMES PATRICK THOMAS
           Assistant United States Attorney
           P.O. Box 699
           Bismarck, ND  58502-0699
           (701) 530-2420
           ND Bar Board ID No. 06014
           james.p.thomas@usdoj.gov