UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| CATHOLIC BENEFITS ASSOCIATION, DIOCESE OF FARGO, and CATHOLIC CHARITIES NORTH DAKOTA,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JENNY R. YANG, Chair of the United States Equal Employment Opportunity Commission; and UNITED STATES EQUAL EMPLOYMEWNT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　Defendants. | Case No. 3:16-cv-00432<br><br>WITHDRAWAL OF COUNSEL FOR DEFENDANTS |

　　With the appearance of counsel from the United States Department of Justice, Civil Division, Federal Programs Branch (see Docs. 7, 8, 9) on behalf of all defendants (collectively the "United States"), the undersigned Assistant United States Attorney James Patrick Thomas respectfully requests to withdraw as counsel for the United States in this matter.

　　Dated this 4th day of January, 2016.

　　　　　　　　　　　　　　　　　　BENJAMIN C. MIZER
　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　JENNIFER D. RICKETTS
　　　　　　　　　　　　　　　　　　Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Counsel for Defendants


By:    /s/  James Patrick Thomas
JAMES PATRICK THOMAS
Assistant United States Attorney
P.O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
ND Bar Board ID No. 06014
james.p.thomas@usdoj.gov